Opinion approved by the Court.

## MORRIS v. STATE.
### No. 25156.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

———◆———

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Conviction is for giving a check in the sum of $15 with the intent to defraud. Upon a plea of guilty, punishment was assessed at 9 months in the county jail.

There are no bills of exception in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.

## MORRIS v. STATE.
### No. 25157.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

———◆———

No attorney on appeal for appellant.

George B. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Conviction is for giving a check in the sum of $20 with the intent to defraud. Upon a plea of guilty, punishment was assessed at 9 months in the county jail.

There are no bills of exception in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.